UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICE DEPOT, INC., a corporation; and<br><br>SUPPORT.COM, INC., a corporation;<br><br>　　Defendants. | **Case No.** 9:19-cv-80431-RLR |

**NOTICE OF FILING OF PROPOSED STIPULATED ORDERS FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO BOTH DEFENDANTS**

　　Plaintiff Federal Trade Commission respectfully submits this Notice of Filing regarding the following two documents: (1) the attached proposed Stipulated Order for Permanent Injunction and Monetary Judgment against Defendant Office Depot, Inc. ("Office Depot"); and (2) the attached proposed Stipulated Order for Permanent Injunction and Monetary Judgment against Defendant Support.com, Inc. ("Support.com").

　　The FTC and Office Depot and the FTC and Support.com have stipulated to the entry of the respective proposed Stipulated Orders which, together, resolve all matters in dispute in this action. The FTC respectfully requests that they be entered as orders of the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ALDEN F. ABBOTT<br>General Counsel |
| Dated:   March 27, 2019 | **/s/ Claire Wack**<br>Claire Wack, Special Bar # A5502304<br>Sung W. Kim, Special Bar # A5502504<br>Colleen B. Robbins, Special Bar # A5500793<br>Thomas M. Biesty, Special Bar # A5501817<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop CC-8528<br>Washington, DC 20580<br>(202) 326-2836; cwack@ftc.gov<br>(202) 326-2211; skim6@ftc.gov<br>(202) 326-2548; crobbins@ftc.gov<br>(202) 326-3043; tbiesty@ftc.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2019, I served a true and correct copy of the foregoing *Notice of Filing of Proposed Orders for Permanent Injunction and Monetary Judgment as to Both Defendants* and attachments on the following counsel for Defendants via electronic email:

| | |
|---|---|
| William C. MacLeod<br>Kelley Drye & Warren LLP<br>Washington Harbour<br>3050 K St. NW, Suite 400<br>Washington, DC 20007<br>Phone: (202) 342-8811<br>Email: wmacleod@kelleydrye.com | Jonathan Emord, Esq.<br>Emord & Associates, P.C.<br>11808 Wolf Run Lane<br>Clifton, VA 20124<br>Phone: (202) 446-6937<br>Email: jemord@emord.com |
| **Attorney for Defendant Office Depot, Inc.** | **Attorney for Defendant Support.com** |

Dated:   March 27, 2019         **/s/ Claire Wack**
Claire Wack
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2836; cwack@ftc.gov
(202) 326-3395 (fax)

**Attorney for Plaintiff**
**Federal Trade Commission**